ROSENBLOOD INVESTMENT GROUP, LLC, Plaintiff–Below, Appellant,

v.

SKBIC ACQUISITION CORP., and HF Acquisition Co. LLC, Defendants–Below, Appellees.

No. 388, 2015

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: January 22, 2016

AFFIRMED. DENIED.